## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NISHAY BROWN,** | : | **CIVIL ACTION NO. 1:16-CV-271** |
| **Administratrix of the Estate of** | : | |
| **Raequan Stevens,** | : | **(Chief Judge Conner)** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CONNECTIONS COMMUNITY** | : | |
| **SUPPORT PROGRAMS, INC.,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of February, 2018, upon consideration of the motion (Doc. 119) for judgment on the pleadings filed by defendant Kimberly Scott ("Scott"), and upon further consideration of Scott's revised motion (Doc. 126) for judgment on the pleadings, wherein Scott changed only the case caption, and the court observing that plaintiff Nishay Brown filed an opposition (Docs. 128, 129) to Scott's revised motion (Doc. 126), it is hereby ORDERED that Scott's initial motion (Doc. 119) for judgment on the pleadings is DISMISSED as moot.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania