

**ATTORNEYS AT LAW**
**1225 NORTH KING STREET**
**SUITE 1000**
**P.O. BOX 397**
**WILMINGTON, DE 19899**
**PHONE: (302) 655-6749**
**FAX: (302) 655-6827**
**www.bodellbove.com**

**BRUCE W. McCULLOUGH**
**DIRECT DIAL: (302) 655-6749 ext. 1**
**EMAIL: bmccullough@bodellbove.com**

August 14, 2018

<u>VIA CM/ECF</u>
Honorable Christopher C. Conner
U.S. District Court, Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17101

      Re:    **Nishay Brown, Administratrix v. Connections Community Support Programs, Inc., et al.**
              **U.S.D.C., D. Del., C.A. No. 1:16-cv-00271-CCC**

Dear Judge Conner:

    I represent plaintiff in this action. The parties are pleased to report that they reached a settlement at the mediation conducted by Magistrate Judge Burke. A release is being finalized and a Stipulation of Dismissal will be filed once the settlement is completed.

    Thank you for the Court's attention to this matter.

                                     Respectfully yours,

                                     /s/ *Bruce W. McCullough*

                                     Bruce W. McCullough (Del. ID 3112)

BWMcC:spd
H:\FILES\Bruce\Stevens Estate\Conner1 - Settlement.docx
    cc:    All counsel (via CM/ECF)